354 F.2d 239
 Petition of KARINA T. CORPORATION as Owner of the FISHING
VESSEL KARINA T. in
a Cause of Exoneration From and Limitation of Liability.
Bridget Barron, as Administratrix of the Goods, Chattels and
Credits of James Barron, Deceased, Edith Davidson Grodem as
Administratrix of the Goods, Chattels and Credits of David
Davidson Grodem, Deceased, Inga Holbert, as Administratrix
ad Prosequendum of the Estate of Rolf Holberg, Deceased,
Anne Marie Jorgensen as Administratrix of the Goods,
Chattels and Credits of Karl Jorgensen, Deceased, Josephine
McGhie, as Administratrix ad Prosequendum of the Estate of
John McGhie, Deceased, Evelyn Thorne, as Administratrix of
the Goods, Chattels and Credits of Andrew Thorne, Deceased--
Claimants, Appellants.
 No. 15371.
 United States Court of Appeals Third Circuit.
 Argued Dec. 10, 1965.
Decided Jan. 4, 1966.
 
 Appeal from the United States District Court for the District of New Jersey; Arthur S. Lane, Judge.
 George J. Engelman, New York City, (John W. Noonan, Newark, N.J., on the brief), for appellants.
 Frank C. Mason, New York City, (Parsons, Canzona, Blair & Warren, Red Bank, N.J., Mahar & Mason, New York City, on the brief), for appellee.
 Before KALODNER, Chief Judge, and STALEY and FORMAN, Circuit Judges.
 PER CURIAM:
 
 
 1
 In the instant case the District Court found that the losses described in the libel and petition were not caused by the design or neglect of the petitioner, Karina T. Corporation, and that they did not occur with the privity or knowledge of the said petitioner.
 
 
 2
 On review of the record we cannot say that it did not sustain the District Court's findings.
 
 
 3
 For the reasons stated the Decree of exoneration will be affirmed.